■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT INGALSBE, IV, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered September 27, 2006. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.